Fill in this information to identify the case:

Debtor name: **Ute Mesa Lot 2, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Blizzard Landscaping<br>0350 Original Road<br>Basalt, CO 81621 | | | | | | $0.00 |
| CO Division of Property Tax<br>1313 Sherman Street<br>Room 419<br>Denver, CO 80203 | | | | | | $0.00 |
| Colorado Department of Reven<br>Denver, CO 80261 | | | | | | $0.00 |
| Cordes & Company<br>5299 DTC Boulevard<br>Suite 815<br>Greenwood Village, CO 80111 | | | | | | $0.00 |
| David Leavenworth<br>Hall & Evans<br>1001 17th Street<br>Suite 300<br>Denver, CO 80202 | | | | | | $0.00 |
| Design Source Build<br>106 Deer Valley Drive<br>Glenwood Springs, CO 81601 | | | | | | $0.00 |
| Garfield & Hecht P.C.<br>625 E. Hyman Ave.<br>Suite 201<br>Aspen, CO 81611 | | | | | | $0.00 |

Debtor **Ute Mesa Lot 2, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Internal Revenue Service Centralized Insolvency Opera P.O. Box 7346 Philadelphia, PA 19101** | | | | | | $0.00 |
| **Meeham Escavating 44 Hooks Lane #16 Basalt, CO 81621** | | | | | | $0.00 |
| **Pitkin County Tax Assessor Pitkin County Courthouse 506 Main Street, Suite 202 Aspen, CO 81611** | | | | | | $0.00 |