UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

**In re:**

**UTE MESA LOT 2, LLC**                                    Case No.: 17-16194-MER
                                                           **Chapter 11**
   **Debtor.**
_____/

**In re:**

**999 UTE AVENUE, LLC**                                    Case No.: 17-16391-MER
                                                           **Chapter 11**
   **Debtor.**
_____/

**In re:**

**1001 UTE AVENUE**                                        Case No.: 17-16395-MER
**HOMEOWNERS ASSOCIATION**                                 **Chapter 11**

   **Debtor.**
_____/

**MOTION FOR JOINT ADMINISTRATION OF SEPARATE CHAPTER 11 CASES**

Chapter 11 Debtors, Ute Mesa Lot 2, LLC, 999 Ute Avenue, LLC, and 1001 UTE Avenue Homeowners Association, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and LBR 1015-1, hereby moves this Court for joint administration of their related cases. In support, the Debtors state as follows:

### BACKGROUND

1. On July 6, 2017, Ute Mesa Lot 2, LLC filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado.

2. On July 11, 2017, 999 Ute Avenue, LLC and 1001 UTE Avenue Homeowners Association each filed their own voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado.

3. Collectively, Ute Mesa Lot 2, LLC, 999 Ute Avenue, LLC, and 1001 UTE Avenue Homeowners Association shall be referred to herein as the "Debtors."

4. Leathem Stearn, an individual and resident of the State of Colorado is the sole member of Ute Mesa Lot 2, LLC and 999 Ute Avenue, LLC, and sole director of the 1001 UTE Avenue Homeowners Association. In 2008, Stearn, through a number of single purpose Colorado limited liability companies, embarked upon a development project to construct two luxury homes at the base of Aspen Mountain, which were supported by shared common elements. Together, the development is referred to as the "Ute Avenue Subdivision."

5. Ute Mesa Lot 2, LLC and 999 Ute Avenue, LLC each own separate parcels of property within the subdivision, along with a parcel owned by a non-debtor entity, Ute Mesa Lot 1, LLC. The 1001 UTE Avenue Homeowners Association is the homeowners association for the subdivision, with ownership and control of certain common elements.

## BASIS FOR RELIEF

6. Although the Debtors are separately formed and maintained legal entities, they have common ownership, common control and their real property and related personal property are all interconnected and co-dependent. Similarly, the business affairs of the Debtors are interrelated, and the Debtors' major creditors largely overlap.

7. The Debtors anticipate that similar, if not identical, procedural and substantive issues will arise in each of their Chapter 11 cases. And the Debtors expect that they will propose a joint plan of reorganization (without substantive consolidation) given the interdependency of the properties.

8. The costs of administration to the Debtors will be greatly reduced by and through joint administration. Indeed, it would be an unnecessary use of Estate resources to draft, file and

serve virtually identical motions, plans and other papers in each of the Debtors' cases, not to mention the unnecessary use of judicial and other Court resources.

9. Moreover, there is a risk that, without the benefit of joint administration, creditors receiving multiple filings seeking similar relief may be confused or, if represented by counsel, their legal expenses will be unnecessarily multiplied.

10. The creditors of the individual Debtors' cases (which largely overlap) will not be prejudiced by the relief requested herein, as the estates will remain separate for all other purposes at this time.

11. In particular, the Debtors request that the joint administration of their cases provide for:

    A. Maintenance by the Clerk of the United States Bankruptcy Court for the District of Colorado ("Clerk") of one docket for all pleadings, motions, and other documents filed in all cases, designating the Ute Mesa Lot 2 case (No. 17-16194-MER) as the lead case;

    B. All papers being captioned as follows:

| In re: | Chapter 11 cases |
|---|---|
| UTE MESA LOT 2, LLC, | Case No. 17-16194-MER (Lead) |
| 999 UTE AVENUE, LLC, | Case No. 17-16391-MER |
| 1001 UTE AVENUE HOMEOWNERS ASSOCIATION, | Case No. 17-16395-MER |
| Debtors. | *Jointly Administered Under Case No. 17-16194-MER* |

      C.    The filing of all pleadings and papers in the lead case only, provided however, that proofs of claim be filed in each of the applicable cases, and the maintenance by the Clerk of separate claims registers;

      D.    A motion which applies to less than all jointly administered debtors must clearly indicate in the caption and title to which debtor(s) the motion applies, but must still be filed in the lead case; and

      E.    The filing of separate monthly financial reports in the separate case files.

12. Pursuant to Local Rule 1015-1(a), prior to the filing of this Motion, the undersigned reached out to Paul Moss, counsel for the United States Trustee, to discuss the relief requested. The undersigned will supplement this Motion as necessary to advise the Court of the position of the United States Trustee following further communication with Mr. Moss.

WHEREFORE, the Debtors, Ute Mesa Lot 2, LLC, 999 Ute Avenue, LLC, and 1001 UTE Avenue Homeowners Association, respectfully request this Court grant this Motion, enter an order directing joint administration of their Chapter 11 cases consistent with the above, Rule 1015(b), and LBR 1015-1; and providing for such further relief as is necessary and proper.

Dated: July 14, 2017

**SHUMAKER, LOOP & KENDRICK, LLP**

By: /s/ Steven M. Berman
    Steven M. Berman, Esq.
    Bar ID: 856290 FL
    101 E. Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    Phone (813) 229-760
    Fax (813) 229-1660
    Email: sberman@slk-law.com
*Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2017 a copy of the foregoing was served by CM/ECF electronic notice upon the Office of the United States Trustee pursuant to LBR 1015-1(a).

*/s/ Steven M. Berman*
**Attorney**
